# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 17, 2022

Lyle W. Cayce
Clerk

No. 21-10988
Summary Calendar

---

Marco A. Montemayor,

*Plaintiff—Appellant*,

*versus*

Nia Chudasama, *Officer, Neptune Ventures LLC*;
Daniel Brooks, *Trustee/Independent Bank*;
David R. Brooks, *CEO of Independent Bank*;
John Romeo, *Real Estate Agent*; Neptune Ventures, L.L.C.;
Ray Washburne; John F. Warren; W. Kenneth Paxton;
Eduardo Lopez; Elizabeth Weller; Ray Lee Hunt;
Charlie B. Mitchell, Jr.,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
No. 3:21-CV-2252

---

No. 21-10988

Before SMITH, STEWART, and GRAVES, *Circuit Judges*.

PER CURIAM:*

Marco Montemayor sued numerous defendants, raising only state-law claims. He made no effort to support federal jurisdiction by showing, *inter alia*, diversity of citizenship or amount in controversy. The magistrate judge issued a cogent four-page recommendation, including findings and conclusions, calling for the matter to be *sua sponte* dismissed without prejudice for want of subject-matter jurisdiction. The district court accepted the recommendation and issued a final judgment of dismissal without prejudice.

The judgment is AFFIRMED.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.